```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 11790
   PAUL D WRIGHT
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8305

-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/25/2004 and was confirmed 05/13/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/28/2009.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED          4446.99           .00          444.70
MORTGAGE CLEARING CORP     CURRENT MORTG          .00           .00             .00
MORTGAGE CLEARING CORP     MORTGAGE ARRE     8031.78           .00         8031.78
MORTGAGE CLEARING CORP     CURRENT MORTG          .00           .00             .00
MORTGAGE CLEARING CORP     SECURED NOT I          .00           .00             .00
ARONSON FURNITURE          SECURED             50.00          3.61           50.00
ARONSON FURNITURE          UNSECURED          557.85            .00           55.79
AMERICAN GENERAL FINANCE   SECURED            250.00         15.80          250.00
AMERICAN GENERAL FINANCE   UNSECURED         1571.17            .00          157.12
NATIONWIDE ACCEPTANCE~     SECURED                .00           .00             .00
SHAPIRO & KREISMAN         NOTICE ONLY    NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         7329.69             .00         7329.69
VICTOR SKADAUSKI           NOTICE ONLY    NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED          330.00            .00           33.00
ECAST SETTLEMENT CORP      UNSECURED         1162.48            .00          116.25
INTERNAL REVENUE SERVICE   UNSECURED          263.35            .00           26.34
LEGAL HELPERS PC           DEBTOR ATTY      1,870.00                       1,870.00
TOM VAUGHN                 TRUSTEE                                         1,094.24
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            19,478.32

PRIORITY                                       7,329.69
SECURED                                        8,331.78
   INTEREST                                       19.41
UNSECURED                                        833.20
ADMINISTRATIVE                                 1,870.00
TRUSTEE COMPENSATION                           1,094.24

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 11790 PAUL D WRIGHT
```

```
DEBTOR REFUND                                                            .00
                                       ---------------    ---------------
TOTALS                                       19,478.32          19,478.32
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 03/05/09                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE